ent — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ In the Matter of the Application of GARY SAUL STEIN for Admission to the Bar.— Motion for reconsideration of application for admission and for other relief granted to the extent of referring the application for admission to the Committee on Character and Fitness, Second Judicial District, for reconsideration and report. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of SUNLAND BEVERAGE CORP., Petitioner, against THOMAS E. ROHAN et al., Constituting the State Liquor Authority, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of the VILLAGE OF PORT CHESTER, Appellant, Relative to Acquiring Title to Lands of JACOB ROGOWSKY et al., Respondents.— Motions referred to the court that rendered the decision. Present — Nolan, P: J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ GEORGE S. JUBA, Appellant, v. GENERAL BUILDERS SUPPLY CORP., Respondent, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ MEYER KOLODNY, Respondent, v. MILDRED DINERSTEIN et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ DONALD E. McCALLISTER, an Infant, by His Guardian ad Litem, DENNIS C. McCALLISTER, et al., Appellants, v. LONG ISLAND LIGHTING COMPANY, Defendant and Third-Party Plaintiff-Respondent. ROBERT E. FOLEY CONSTRUCTION CORP., Third-Party Defendant-Respondent.— Motions to dismiss appeals granted, without costs, and appeals dismissed. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ MEADOW BROOK NATIONAL BANK OF NASSAU COUNTY, Respondent, v. PUTNAM FUR FARM, INC., et al., Defendants, and SAMUEL B. BROUNER, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LO CURTO, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ SADIE SACHNOFF et al., Respondents, v. HARRY FEUER et al., Appellants.— Motions for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ RICHARD S. SIEGEL et al., Appellants, v. WILLIAM E. LASSITER et al., Respondents, et al., Defendant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.